| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**500 Oakwood LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **37-1462390** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**500 Oakwood Road**<br>**Lake Zurich, IL**<br>ZIP CODE **60047-1559** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**500 Oa**      ZIP CODE **kwood**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>            Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). _ _ _ _ _ _ _ _ _ _ _ _ _<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      | THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **500 Oakwood LLC** |

<b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

<b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)

| Name of Debtor:<br>**Magil Corp.** | Case Number: | Date Filed:<br>**8/3/2010** |
| District:<br>**Northern District of Ilinois** | Relationship:<br>**affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | **X**   Not Applicable  _____<br>Signature of Attorney for Debtor(s)          Date |

<b>Exhibit C</b>

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

<b>Exhibit D</b>

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

<b>Information Regarding the Debtor - Venue</b><br>(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

<b>Certification by a Debtor Who Resides as a Tenant of Residential Property</b><br>(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **500 Oakwood LLC** |

## Signatures

<table>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **Not Applicable**
_____
Signature of Debtor

X    **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X    **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td><b>Signature of Attorney</b></td>
<td><b>Signature of Non-Attorney Petition Preparer</b></td>
</tr>
<tr>
<td>

X   **/s/ William J. Factor**
_____
Signature of Attorney for Debtor(s)

**William J. Factor  Bar No.  6205675**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**The Law Office of William J. Factor, Ltd**
_____
Firm Name

**1363 Shermer Road Suite 224**
_____
Address

**Northbrook, IL  60062**
_____

**847-239-7248**      **847-574-8233**
_____
Telephone Number

**8/3/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X    **Not Applicable**
_____
Date

</td>
</tr>
<tr>
<td><b>Signature of Debtor (Corporation/Partnership)</b></td>
<td></td>
</tr>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ Gilbert Voisin**
_____
Signature of Authorized Individual

**Gilbert Voisin**
_____
Printed Name of Authorized Individual

**Manager**
_____
Title of Authorized Individual

**8/3/2010**
_____
Date

</td>
<td>

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
</table>

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

In re **500 Oakwood LLC**_____ , Case No. _____

Debtor

Chapter **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)

Name of creditor and complete mailing address including zip code | (2)

Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)

Nature of claim (trade debt, bank loan, government contract, etc.) | (4)

Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)

Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gilbert Voisin, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/3/2010**_____

Signature: **s/ Gilbert Voisin**_____

**Gilbert Voisin ,Manager**_____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re:   **500 Oakwood LLC**                                    Case No. _____

                    **Debtor**                                                   **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **500 Oakwood Drive Lake Zurich, IL 60047** | | | **$2,650,000.00** | **$1,442,411.09** |
| | **Total** ➢ | | **$2,650,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **500 Oakwood LLC** _____,    Case No. _____
Debtor                                                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **500 Oakwood LLC** _____,     Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

__1__   continuation sheets attached              Total    >     $    0.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   **500 Oakwood LLC** _____.   Case No. _____

   **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**County Partnership for Econ. Development**<br>**28055 Ashley Circle**<br>**Suite 212**<br>**Libertyville, IL  60048**<br><br>**Joel Nathan**<br>**AUSA**<br>**219 S. Dearborn St.**<br>**5th Floor**<br>**Chicago, IL  60604** | | | **Mortgage**<br>**500 Oakwood Drive**<br>**Lake Zurich, IL 60047**<br><br>**VALUE $2,650,000.00** | | | X | 660,833.09 | 0.00 |
| ACCOUNT NO.<br><br>**Harris Bank, N.A.**<br>**Attn: Ken Kramer**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603**<br><br>**Daniel Rubin**<br>**Howard and Howard**<br>**200 S. Michigan Avenue**<br>**Suite 1100**<br>**Chicago, IL  60604** | X | | **Mortgage**<br>**500 Oakwood Drive**<br>**Lake Zurich, IL 60047**<br><br>**VALUE $2,650,000.00** | | | X | 781,578.00 | 0.00 |

<u>0</u>   continuation sheets
   attached

Subtotal  ➢
(Total of this page)

$ **1,442,411.09** $        **0.00**

Total  ➢
(Use only on last page)

$ **1,442,411.09** $        **0.00**

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **500 Oakwood LLC**                                              Case No. _____
                            Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |

0    Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ➤ | $ | 0.00 |
| Total ➤ | $ | 0.00 |

**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:   **500 Oakwood LLC**                                    .       **Case No.** _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Magil Corporation**<br>**500 N. Oakwood Rd.**<br>**Lake Zurich, IL 60047** | **Real Property** |

**B6H (Official Form 6H) (12/07)**

In re: **500 Oakwood LLC**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gilbert and Marie Voisin**<br>**500 Oakwood**<br>**Lake Zurich, IL 60047**<br><br>**Gilbert and Marie Voisin**<br>**500 Oakwood**<br>**Lake Zurich, IL 60047** | **Harris Bank, N.A.**<br>**Attn: Ken Kramer**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

### Northern District of Illinois

In re  **500 Oakwood LLC**                                     ,        Case No. _____
                              Debtor

                                                                          Chapter    _11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        2,650,000.00 | | |
| B - Personal Property | YES | 2 | $             0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $       1,442,411.09 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 0 | | $             0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $             0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 7 | $        2,650,000.00 | $       1,442,411.09 | |

# Form 1065

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2008, or tax year beginning _____, _____, ending _____

OMB No. 1545-0099

## 2008

**A** Principal business activity

**LESSOR**

**B** Principal product or service

**REAL ESTATE**

**C** Business code number

**531120**

Use the IRS label. Otherwise, print or type.

Name of partnership

**500 OAKWOOD, LLC**

Number, street, and room or suite no. If a P.O. box, see the instructions.

**500 N OAKWOOD RD**

City or town, state, and ZIP code

**LAKE ZURICH, IL  60047-1559**

**D** Employer Identification number

**37-1462390**

**E** Date business started

**04/01/2003**

**F** Total assets

$ **1728957.**

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**

**J** Check if Schedule M-3 attached ☐

**Caution.** Include only *trade or business income and expenses* on lines 1a through 22 below. See the instructions for more information.

### Income

| | | |
|---|---|---|
| 1 a | Gross receipts or sales ........................ 1a | |
| b | Less returns and allowances ........................ 1b | 1c |
| 2 | Cost of goods sold (Schedule A, line 8) ........................ | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c ........................ | 3 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* ........................ | 4 |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* ........................ | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 *(attach Form 4797)* ........................ | 6 |
| 7 | Other income (loss) *(attach statement)* ........................ | 7 |
| 8 | **Total income (loss). Combine lines 3 through 7** ........................ | 8 |

### Deductions (see the instructions for limitations)

| | | |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) ........................ | 9 |
| 10 | Guaranteed payments to partners ........................ | 10 |
| 11 | Repairs and maintenance ........................ | 11 |
| 12 | Bad debts ........................ | 12 |
| 13 | Rent ........................ | 13 |
| 14 | Taxes and licenses ........................ | 14 |
| 15 | Interest ........................ | 15 |
| 16 a | Depreciation *(if required, attach Form 4562)* ........ 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return ........ 16b | 16c |
| 17 | Depletion (Do not deduct oil and gas depletion.) ........................ | 17 |
| 18 | Retirement plans, etc. ........................ | 18 |
| 19 | Employee benefit programs ........................ | 19 |
| 20 | Other deductions *(attach statement)* ........................ | 20 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 ........................ | 21 |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 ........................ | 22 | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager

▶ _____
Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature | **MARCEL V KUPER** | Date **09/10/09** | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN **P00335116** |
| Firm's name (or yours if self-employed), address, and ZIP code | **M.V. KUPER P.C.** | | EIN | **36-3101607** |
| | **500 W PALATINE RD STE 104** | | | |
| | **WHEELING, IL  60090-5835** | | Phone no. | **847-215-8630** |

For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.

Form **1065** (2008)

811001
12-31-08   LHA

Form 1065 (2008)   500 OAKWOOD, LLC                                          37-1462390   Page **2**

## Schedule A   Cost of Goods Sold  (see the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases less cost of items withdrawn for personal use | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs *(attach statement)* | **4** | |
| 5 | Other costs *(attach statement)* | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | |

9 a Check all methods used for valuing closing inventory:

  (I) ☐ Cost as described in Regulations section 1.471-3

  (II) ☐ Lower of cost or market as described in Regulations section 1.471-4

  (III) ☐ Other (specify method used and attach explanation) ▶

  b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ........ ▶ ☐

  c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ......... ▶ ☐

  d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ......... ☐ Yes ☐ No

  e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ......... ☐ Yes ☐ No
    If "Yes," attach explanation.

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a ☐ Domestic general partnership   b ☐ Domestic limited partnership | | |
| | c ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| | e ☐ Foreign partnership   f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? ......... | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), or trust own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X | |

| (i) Name of Individual or Estate | (ii) Social Security Number or Employer Identification Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| GILBERT J VOISIN | | UNITED STATES | 50.00 |
| MARINETTE J VOISIN | | UNITED STATES | 50.00 |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 4 | At the end of the tax year, did the partnership: | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Form **1065** (2008)

811011
12-31-08

14420910 351446 371462390          2008.03062 500 OAKWOOD, LLC          37146231

Form 1065 (2008)   500 OAKWOOD, LLC   37-1462390   Page 3

| | | | | Yes | No |
|---|---|---|---|---|---|
| b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | | | X |

| (I) Name of Entity | (ii) Employer Identification Number (if any) | (III) Type of Entity | (Iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| 10 | At any time during calendar year 2008, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | | X |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | | X |
| | See instructions for details regarding a section 754 election. | | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (including a disregarded entity) ▶ ☐ | | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of
designated TMP ▶ _____

Identifying
number of TMP ▶ _____

Address of
designated TMP ▶ _____

Form **1065** (2008)

811021
12-31-08

Form 1065 (2008)   500 OAKWOOD, LLC                                    37-1462390   Page 4

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 22) | 1 | 0. |
| 2 | Net rental real estate income (loss) (attach Form 8825) .......... SEE STATEMENT 1 | 2 | 69862. |
| 3 a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities (attach statement) | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Guaranteed payments | 4 | |
| 5 | Interest income                                     SEE STATEMENT 2 | 5 | 1670. |
| 6 | Dividends:  a  Ordinary dividends | 6a | |
| | b  Qualified dividends | 6b | |
| 7 | Royalties | 7 | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| 9 a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| b | Collectibles (28%) gain (loss) | 9b | |
| c | Unrecaptured section 1250 gain (attach statement) | 9c | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| 12 | Section 179 deduction (attach Form 4562) | 12 | |
| 13 a | Contributions | 13a | |
| b | Investment interest expense | 13b | |
| c | Section 59(e)(2) expenditures: (1) Type ▶                      (2) Amount ▶ | 13c(2) | |
| d | Other deductions (see instructions) Type ▶ | 13d | |
| 14 a | Net earnings (loss) from self-employment | 14a | 0. |
| b | Gross farming or fishing income | 14b | |
| c | Gross nonfarm income | 14c | |
| 15 a | Low-income housing credit (section 42(j)(5)) | 15a | |
| b | Low-income housing credit (other) | 15b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| d | Other rental real estate credits (see instructions)      Type ▶ | 15d | |
| e | Other rental credits (see instructions)      Type ▶ | 15e | |
| f | Other credits (see instructions)      Type ▶ | 15f | |
| 16 a | Name of country or U.S. possession ▶ | | |
| b | Gross income from all sources | 16b | |
| c | Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| d | Passive category ▶        e General category ▶        f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| g | Interest expense ▶        h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| i | Passive category ▶        j General category ▶        k Other ▶ | 16k | |
| l | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16l | |
| m | Reduction in taxes available for credit (attach statement) | 16m | |
| n | Other foreign tax information (attach statement) | | |
| 17 a | Post-1986 depreciation adjustment | 17a | 983. |
| b | Adjusted gain or loss | 17b | |
| c | Depletion (other than oil and gas) | 17c | |
| d | Oil, gas, and geothermal properties - gross income | 17d | |
| e | Oil, gas, and geothermal properties - deductions | 17e | |
| f | Other AMT items (attach statement) | 17f | |
| 18 a | Tax-exempt interest income | 18a | |
| b | Other tax-exempt income | 18b | |
| c | Nondeductible expenses                              SEE STATEMENT 3 | 18c | 35. |
| 19 a | Distributions of cash and marketable securities | 19a | |
| b | Distributions of other property | 19b | |
| 20 a | Investment income | 20a | 1670. |
| b | Investment expenses | 20b | |
| c | Other items and amounts (attach statement) | | |

Income (Loss)
Deductions
Self-Employ-ment
Credits
Foreign Transactions
Alternative Minimum Tax (AMT) Items
Other Information

611041
12-31-08

Form **1065** (2008)

Form 1065 (2008)   500 OAKWOOD, LLC                                          37-1462390   Page 5

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 Net Income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | | 1 | 71532. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | 71532. | | | |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 73883. | | 132537. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 4 | 68496. | | 65153. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 1690238. | | 1690238. | |
| b Less accumulated depreciation | 327064. | 1363174. | 375169. | 1315069. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 200000. | | 200000. |
| 12a Intangible assets (amortizable only) | 32258. | | 32258. | |
| b Less accumulated amortization | 12834. | 19424. | 16060. | 16198. |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 1724977. | | 1728957. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 1648823. | | 1581306. |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | 76154. | | 147651. |
| 22 Total liabilities and capital | | 1724977. | | 1728957. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 71497. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a Depreciation $ | |
| a Depreciation $ | | | |
| b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| STMT 6                  35. | 35. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 71532. |
| 5 Add lines 1 through 4 | 71532. | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 76154. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | 71497. | | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 147651. | 9 Balance at end of year. Subtract line 8 from line 5 | 147651. |

811042
12-31-08                                                          5                                        Form 1065 (2008)

| Form **8825** | | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** | OMB No. 1545-1186 |
|---|---|---|---|
| (Rev. December 2008) Department of the Treasury Internal Revenue Service | | ▶ See instructions on page 2. ▶ Attach to Form 1065, Form 1065-B, or Form 1120S. | |

| Name | Employer identification number |
|---|---|
| 500 OAKWOOD, LLC | 37: 1462390 |

**1** Show the kind and location of each property. See page 2 to list additional properties.

**A** COMMERCIAL BUILDING–LAKE ZURICH ILLINOIS

**B**

**C**

**D**

| | | Properties | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Rental Real Estate Income** | | | | | |
| **2** Gross rents | 2 | 264000. | | | |
| **Rental Real Estate Expenses** | | | | | |
| **3** Advertising | 3 | | | | |
| **4** Auto and travel | 4 | | | | |
| **5** Cleaning and maintenance | 5 | | | | |
| **6** Commissions | 6 | | | | |
| **7** Insurance | 7 | 6559. | | | |
| **8** Legal and other professional fees | 8 | 1670. | | | |
| **9** Interest | 9 | 81267. | | | |
| **10** Repairs | 10 | | | | |
| **11** Taxes | 11 | 43583. | | | |
| **12** Utilities | 12 | | | | |
| **13** Wages and salaries | 13 | | | | |
| **14** Depreciation (see instructions) | 14 | 48105. | | | |
| **15** Other (list) ▶ STMT 7 | | 12954. | | | |
| | 15 | | | | |
| **16** Total expenses for each property. Add lines 3 through 15 | 16 | 194138. | | | |

| | | |
|---|---|---|
| **17** Total gross rents. Add gross rents from line 2, columns A through H | 17 | 264000. |
| **18** Total expenses. Add total expenses from line 16, columns A through H | 18 | ( 194138.) |
| **19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| **20a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed:

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

**21** Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on:
● Form 1065 or 1120S: Schedule K, line 2, or
● Form 1065-B: Part I, line 4

| | |
|---|---|
| 21 | 69862. |

| | | |
|---|---|---|
| 82014 1 11-07-08  JWA  **For Paperwork Reduction Act Notice, see page 2 of form.** | | Form **8825** (12-2008) |

14420910 351446 371462390     2008.03062 500 OAKWOOD, LLC          37146231

500 OAKWOOD, LLC                                                          37-1462390

Form 8825 (2008)                                                            Page **2**

**1** Show the kind and location of each property.

**E** _____

**F** _____

**G** _____

**H** _____

| | | Properties | | | |
|---|---|---|---|---|---|
| | | **E** | **F** | **G** | **H** |
| **Rental Real Estate Income** | | | | | |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation (see instructions) | 14 | | | | |
| 15 Other (list) ▶ _____ _____ _____ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

JWA                                                                Form 8825 (12-2006)

500 OAKWOOD, LLC                                                           37-1462390

| SCHEDULE K | NET INCOME (LOSS) FROM RENTAL REAL ESTATE | STATEMENT | 1 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| COMMERCIAL BUILDING-LAKE ZURICH ILLINOIS | 69862. |
| TOTAL TO SCHEDULE K, LINE 2 | 69862. |

| SCHEDULE K | INTEREST INCOME | STATEMENT | 2 |

| DESCRIPTION | U.S. BONDS | OTHER |
| --- | --- | --- |
| HARRIS, NA | | 1670. |
| TOTAL TO SCHEDULE K, LINE 5 | | 1670. |

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT | 3 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PENALTIES | 35. |
| TOTAL TO SCHEDULE K, LINE 18C | 35. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 4 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ESCROW ACCOUNT | 5267. | 1924. |
| ADVANCE RECEIVABLE PTRS | 63229. | 63229. |
| TOTAL TO SCHEDULE L, LINE 6 | 68496. | 65153. |

500 OAKWOOD, LLC                                                          37−1462390

FORM 1065              PARTNERS' CAPITAL ACCOUNT SUMMARY          STATEMENT    5

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M−2 LNS 3, 4 & 7 | WITHDRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | 38079. | | 35748. | | 73827. |
| 2 | 38075. | | 35749. | | 73824. |
| TOTAL | 76154. | | 71497. | | 147651. |

500 OAKWOOD, LLC                                                              37-1462390

SCHEDULE M-1   EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN   STATEMENT   6

| DESCRIPTION | AMOUNT |
|---|---|
| PENALTIES | 35. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 35. |

OTHER RENTAL EXPENSES                                           STATEMENT   7

PROPERTY: COMMERCIAL BUILDING-LAKE ZURICH ILLINOIS

| DESCRIPTION | AMOUNT |
|---|---|
| AMORTIZATION | 3226. |
| LOAN FEES | 9478. |
| ANNUAL REPORT | 250. |
| TOTAL TO RENTAL SCHEDULE, LINE 15 | 12954. |