IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) (Jointly Administered) |
| 500 OAKWOOD LLC, *et al.* | ) |
| | ) Case No. 10-34821 |
| Debtors. | ) |
| | ) Hon. John H. Squires |

**ORDER EXTENDING SECOND AMENDED FINAL ORDER AUTHORIZING USE OF
CASH COLLATERAL AND GRANTING REPLACEMENT LIEN**

Upon the continued hearing on the Motion for Entry of Interim Order Authorizing Use of Cash Collateral (the "*Cash Collateral Motion*") filed jointly by Magil Corporation and 500 Oakwood, LLC (the "*Debtors*") and the Debtors' request for authority for Magil to use Cash Collateral of the Bank, IT IS HEREBY ORDERED THAT:

1.  The expiration of the Second Amended Final Order Authorizing Use of Cash Collateral and Granting Replacement Lien (the "*Cash Collateral Order*") is extended to February 25, 2011;

2.  The Debtors shall be entitled to use Cash Collateral pursuant to the terms of the Cash Collateral Order and the budget attached hereto as Exhibit A, which budget supplements the budget attached to the Cash Collateral Order; and

3.  The Cash Collateral Motion is set for further status on 2/24, 2011 at 10:00 a.m.

ENTER:    FEB 17 2011

United States Bankruptcy Judge

## EXHIBIT "A"

Week Ending 2/25/11

**CASH**

| | |
|---|---:|
| Beginning Cash Balance | 19,479.79 |
| Cash Receipts | 45,000.00 |
| **Total:** | **64,479.79** |

**DISBURSEMENTS**

| | |
|---|---:|
| Labor Costs | 21,051.00 |
| Insurance | 9,077.64 |
| Employment Related | 30,128.64 |
| Uilities | 2,350.00 |
| Vendors | 19,429.65 |
| Freight | 1,175.73 |
| Maintenance | 448.00 |
| Other Expenses | 11,383.56 |
| Equipment Leases | 2,300.00 |
| **Total:** | **62,532.02** |

**CASH BALANCE**  **1,947.77**