IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) (Jointly Administered) |
| 500 OAKWOOD LLC, *et al.* | ) |
| | ) Case No. 10-34821 |
| Debtors. | ) |
| | ) Hon. John H. Squires |

**ORDER EXTENDING SECOND AMENDED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIEN**

Upon the continued hearing on the Motion for Entry of Interim Order Authorizing Use of Cash Collateral (the "*Cash Collateral Motion*") filed jointly by Magil Corporation and 500 Oakwood, LLC (the "*Debtors*") and the Debtors' request for authority for Magil to use Cash Collateral of the Bank, IT IS HEREBY ORDERED THAT:

1. The expiration of the Second Amended Final Order Authorizing Use of Cash Collateral and Granting Replacement Lien (the "*Cash Collateral Order*") is extended to May 20, 2011;

2. The Debtors shall be entitled to use Cash Collateral pursuant to the terms of the Cash Collateral Order and the budget attached hereto as Exhibit A, which budget supplements the budget attached to the Cash Collateral Order;

3. The Cash Collateral Motion is set for further status on March 29, 2011 at 10:00 a.m.

ENTER: **2 4 FEB 2011**

*/s/ John H. Squires/* AM

_____
United States Bankruptcy Judge

# EXHIBIT A

Magil Corporation - Budget through May 20, 2011

| Week Ending: | Week 27 2/25/2011 | Week 28 3/4/2011 | Week 29 3/11/2011 | Week 30 3/18/2011 | Week 31 3/25/2011 | Week 32 4/1/2011 | Week 33 4/8/2011 | Week 34 4/15/2011 | Week 35 4/22/2011 | Week 36 4/29/2011 | Week 37 5/6/2011 | Week 38 5/13/2011 | Week 39 5/20/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH** | | | | | | | | | | | | | |
| Beginning Cash Balance | 19,479.79 | -2,735.79 | 15,872.62 | 11,382.92 | 27,315.68 | 10,826.64 | 11,423.23 | 5,064.02 | 16,633.13 | 2,447.72 | 20,506.73 | 9,153.95 | 26,565.33 |
| Cash Receipts | 45,000.00 | 45,000.00 | 40,000.00 | 45,000.00 | 50,000.00 | 45,000.00 | 45,000.00 | 40,000.00 | 50,000.00 | 50,000.00 | 40,000.00 | 45,000.00 | 50,000.00 |
| TOTALS: | 64,479.79 | 42,264.21 | 55,872.62 | 56,382.92 | 77,315.68 | 55,826.64 | 56,423.23 | 45,064.02 | 66,633.13 | 52,447.72 | 60,506.73 | 54,153.95 | 76,565.33 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| Labor Costs | 21,051.00 | | 21,051.00 | | 21,051.00 | | 21,051.00 | | 21,051.00 | | 21,051.00 | | 21,051.00 |
| Insurance | 9,077.64 | 950.17 | 1,800.00 | 65.10 | 8,351.10 | 685.67 | 1,856.60 | | 8,351.10 | 685.67 | 2,007.90 | | 1,800.00 |
| Utilities | 2,350.00 | | 1,000.06 | 2,362.01 | 350.00 | 1,000.00 | 3,700.00 | 2,975.57 | 1,925.00 | | 2,838.56 | 2,837.01 | |
| Vendors | 19,429.65 | 22,142.99 | 18,681.94 | 18,660.00 | 21,429.65 | 35,892.10 | 20,645.02 | 20,784.88 | 22,645.02 | 24,784.88 | 20,784.88 | 20,645.02 | 24,784.88 |
| Freight | 1,175.73 | 1,175.73 | 1,761.30 | 2,015.95 | 1,175.73 | 1,308.57 | 1,175.73 | 1,175.73 | 1,175.73 | 1,175.73 | 1,175.73 | 1,175.73 | 1,175.73 |
| Maintenance | 448.00 | | | 250.00 | 448.00 | 316.00 | 316.00 | 316.00 | 316.00 | 316.00 | 316.00 | 316.00 | 316.00 |
| Other Expenses | 2,951.00 | 737.23 | 195.4 | 3,700.00 | 2,951.00 | 3,017.50 | 1,700.00 | 2,450.00 | 2,951.00 | 3,950.00 | 2,450.00 | 1,700.00 | 7,133.56 |
| Harris Bank (Legal fees) | 5,000 | | | | 5,000 | | | | | | | | |
| Harris (Interest) | 3,432.56 | | | | 3,432.56 | | | | 3,432.56 | | | | 3,432.56 |
| Equipment Leases | 2,300 | 876.86 | | 1,805.57 | 2,300 | 1,674.96 | 876.86 | 520.1 | 2,300 | 520.1 | 520.1 | 876.86 | 2,820.10 |
| Advertising | | 208.61 | | 208.61 | | 208.61 | 38 | 208.61 | 38 | 208.61 | 208.61 | 38 | 208.61 |
| Vehicle Adequate Protection Payments (Harris NA) | | 300 | | | | 300 | | | | 300 | | | |
| TOTALS: | 67,215.58 | 26,391.59 | 44,489.70 | 29,067.24 | 66,489.04 | 44,403.41 | 51,359.21 | 28,430.89 | 64,185.41 | 31,940.99 | 51,352.78 | 27,588.62 | 62,722.44 |
| **CASH BALANCE** | -2,735.79 | 15,872.62 | 11,382.92 | 27,315.68 | 10,826.64 | 11,423.23 | 5,064.02 | 16,633.13 | 2,447.72 | 20,506.73 | 9,153.95 | 26,565.33 | 13,842.89 |