UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-34821 |
| 500 Oakwood LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion for Entry of Final Decree Closing Chapter 11 Case**

Upon the Motion for Entry of a Final Decree Closing Chapter 11 Case (the "Motion") filed by Reorganized 500 Oakwood LLC; this Court (i) having jurisdiction over the matters set forth in the Motion, (ii) finding that notice of the Motion was appropriate under the circumstances and that no further notice is required, and (iii) finding that good and sufficient cause exists to grant the relief requested in the Motion; IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein; and

2. The Clerk of the Court is directed to close the captioned Chapter 11 case.

Enter:

_Jacqueline P. Cox_
United States Bankruptcy Judge

Dated: 7/3/12

**Prepared by:**
William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
THE LAW OFFICE OF
WILLIAM J. FACTOR, LTD.
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
 slorber@wfactorlaw.com
 jpaulsen@wfactorlaw.com

Rev: 20120501_bko